UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

SCOTT M. LANG,                                    :
                                                  :
    Plaintiff                             :
v.                                                :       Case No. 1:15-cv-01024
                                                  :       Hon. Janet T. Neff
WELTMAN, WEINBERG & REIS CO. LPA,                        Magistrate Judge: Ellen S. Carmody

    Defendant(s).
_____/

**STIUPLATION TO EXTEND DEADLINE FOR REQUIRED RULE 16 MEETING, FILING OF JOINT STATUS REPORT, AND/OR SCHEDULING CONFERENCE**

NOW COMES the Plaintiff, Scott M. Lang, by and through his attorney Nicholas A. Reyna, and Defendant Weltman, Weinberg & Reis Co. PA, by and through their attorney, Tracy R. Schwotzer, and hereby stipulate to extend the dates currently set for the required Rule 16 meeting and filing of Joint Status Report as well as the Scheduling Conference in this matter, stating the following:

1. As of today's date, a tentative settlement is anticipated between the parties.

2. However, Plaintiff is currently on vacation and counsel must await his return in order to execute the required settlement documents in order to effectuate same.

3. As a result of the foregoing, both parties are in agreement that a brief fourteen day extension for each of the above-referenced matters should allow sufficient time for the settlement to be executed, at which point the required dates will be rendered effectively moot.

WHEREFORE, the parties respectfully request that this Court extend the deadline for the required Rule 16 meeting and filing of joint status report until January 6, 2016, and adjourn the Scheduling Conference currently set in this matter for December 30, 2015 until January 13, 2016 at 1:30 p.m.

Date:  December 22, 2015

 Respectfully Submitted,


/s/ Nicholas A. Reyna                          /s/ David A. Wolfe
Nicholas A. Reyna (P68328)             David A. Wolfe (P60235)
Attorney for Plaintiff                          Attorney for Defendant
528 Bridge St., Ste. 1A                       965 Keynote Circle
Grand Rapids, MI 49504                    Brooklyn Heights, OH 44131
(616) 235-4444                                   (216) 739-5646
Nickreyna7@hotmail.com                dwolfe@weltman.com