UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT M. LANG
a/k/a Scotty Lang,

    Plaintiff,

v.

WELTMAN, WEINBERG &
REIS CO. LPA,

    Defendant.
_____/

Case No. 1:15-cv-1024

HON. JANET T. NEFF

## **ORDER**

On November 19, 2015, the Court issued an order requiring the parties to submit a joint status report by December 23, 2015, and setting a Rule 16 scheduling conference for December 30, 2015 (Dkt 9). Now pending before the Court is the parties' Stipulation to Extend Deadline for Required Rule 16 Meeting, Filing of Joint Status Report, and/or Scheduling Conference (Dkt 10), seeking to adjourn the above matters due to an anticipated settlement between the parties. Based on the representations made in the stipulation, the Court will adjourn these matters without date and require the parties to file a joint notice concerning their efforts to negotiate a resolution of this matter. Therefore,

**IT IS HEREBY ORDERED** that the deadline for the parties to submit a joint status report and the December 30, 2015 scheduling conference are ADJOURNED without date pending further order of the Court.

**IT IS FURTHER ORDERED** that the parties shall pursue a negotiated resolution of this case, and **no later than January 20, 2016**, file a joint notice indicating either that:

    (1)    resolution of the case has been reached and dismissal papers are forthcoming; or

(2)     resolution of the case is not anticipated at this time and a scheduling conference remains necessary.


Dated: December 23, 2015                                 /s/ Janet T. Neff
                                                         JANET T. NEFF
                                                         United States District Judge