UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN


| | |
|---|---|
| SCOTT M. LANG, : | |
| : | |
| Plaintiff : | |
| v. : | Case No.1:15-cv-01024 |
| : | Hon. Janet T. Neff |
| WELTMAN, WEINBERG & REIS CO. LPA, | |
| | |
| Defendant(s). | |
| _____/ | |

JOINT NOTICE OF RESOLUTION

PLEASE TAKE NOTICE that all matters herein have been compromised and resolved as between the Plaintiff, Scott M. Lang ("Plaintiff") and Defendant Weltman, Weinberg, & Reis Co., LPA ("Defendant"). Plaintiff and Defendant anticipate filing a Stipulation of Dismissal With Prejudice and proposed order shortly, once the resolution has been definitively consummated.


Date:  January 21, 2016

Respectfully Submitted,


| | |
|---|---|
| /s/ Nicholas A. Reyna | /s/ David A. Wolfe |
| Nicholas A. Reyna (P68328) | David A. Wolfe (P60235) |
| Attorney for Plaintiff | Attorney for Defendant |
| 528 Bridge St., Ste. 1A | 965 Keynote Circle |
| Grand Rapids, MI 49504 | Brooklyn Heights, OH 44131 |
| (616) 235-4444 | (216) 739-5646 |
| Nickreyna7@hotmail.com | dwolfe@weltman.com |