UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT M. LANG
a/k/a Scotty Lang,

    Plaintiff,

Case No. 1:15-cv-1024

HON. JANET T. NEFF

v.

WELTMAN, WEINBERG &
REIS CO. LPA,

    Defendant.
_____/

### ORDER

This Court having been informed through the filing of the Joint Notice of Resolution (Dkt 12) that this matter has been resolved:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court no later than **February 18, 2016**.

Dated: January 21, 2016            /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge