UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

SCOTT M. LANG,                              :
                                            :
    Plaintiff                        :
v.                                          :   Case No.1:15-cv-01024
                                            :   Hon. Janet T. Neff
WELTMAN, WEINBERG & REIS CO. LPA,

    Defendant(s).
_____/

## STIPULATED NOTICE OF DISMISSAL

    NOW COMES THE Plaintiff, Scott M. Lang, by and through his counsel, Nicholas A. Reyna, and Defendant Weltman, Weinberg, & Reis Co. LPA, by and through their attorney David A. Wolfe, and hereby states the following:

    THEREFORE, the parties hereby agree through counsel of record pursuant to Federal Rules of Civil Procedure 41(a)(1) to a dismissal of the above-captioned matter with prejudice. The dismissal completely terminates the above-entitled action against all parties.

    Respectfully submitted,

Dated: February 17, 2016

| | |
|---|---|
| /s/ Nicholas A. Reyna | /s/ David A. Wolfe |
| Nicholas A. Reyna (P68328) | David A. Wolfe (P60235) |
| Attorney for Plaintiff | Attorney for Defendant |
| 528 Bridge St., Ste. 1A | 965 Keynote Circle |
| Grand Rapids, MI 49504 | Brooklyn Heights, OH 44131 |
| (616) 235-4444 | (216) 739-5646 |
| Nickreyna7@hotmail.com | dwolfe@weltman.com |